# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

KIMBERLY TAYLOR-MCBROOM, )
)
    Plaintiff, )
)
v. )    CASE NO.: 1:21-cv-00134-RH-GRJ
)
THE OAKS NH, L.L.C., d/b/a PARK )
MEADOWS HEALTH AND )
REHABILITATION CENTER, )
)
    Defendant. )
_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereby file this Joint Notice of Settlement, as follows:

The Parties, through their respective counsel, reached a settlement and will be finalizing settlement documents and submitting pleadings within ten (10) business days.

Respectfully submitted,

Dated: April 27, 2022

By: */s/ Christopher A. Fennell*
Christopher A. Fennell, Esq.
FBN 11356
Travis Beal, Esq.
FBN 104890
BRENTON LEGAL, P.A.
*Attorneys for Plaintiff*
1070 E Indiantown Rd. Suite 400
Jupiter, FL 33477
Phone: (954) 639-4644
EService: CAF@BrentonLegal.com;
RCB@BrentonLegal.com;
TJB@BrentonLegal.com

Dated: April 27, 2022

By: */s/ Angelo Filippi*
Angelo M. Filippi, Esq.
FBN 0880851
KELLEY KRONENBERG
*Attorneys for Defendant*
10360 West State Road 84
Fort Lauderdale, FL 33324
Phone: (954) 370-9970
Fax: (954) 382-1988
Eservice: afilippi@kelleykronenberg.com;
mburkett@kelleykronenberg.com;

## CERTIFICATE OF SERVICE

I hereby certify that on the  27th  day of April, 2022, the foregoing document was filed and served on all counsel of record on the Service List below, in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Angelo M. Filippi*
Angelo M. Filippi, Esq.
Florida Bar No.: 0880851

*Plaintiff's Counsel*
Christopher A. Fennell, Esq.
Ryan Brenton, Esq.
and Travis Beal, Esq.
Brenton Legal, P.A.
1070 E Indiantown Rd. Suite 400
Jupiter, FL  33477
Via Email: CAF@BrentonLegal.com;
RCB@BrentonLegal.com;
TJB@BrentonLegal.com