# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

KIMBERLY TAYLOR-MCBROOM,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 1:21-cv-134-RH-GRJ

THE OAKS NH, LLC
d/b/a PARK MEADOWS HEALTH
AND REHABILITATION CENTER,

    Defendants,

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

　　　　　　　　　　　　　　　　　　　　JESSICA J. LYUBLANOVITS
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

April 29, 2022　　　　　　　　　　　　　*s/ Blair Patton*
Date　　　　　　　　　　　　　　　　　Deputy Clerk: Blair Patton